IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PREMIER INTERNATIONAL ASSOCIATES, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 2:07-CV-395 (DF) |
| HEWLETT PACKARD CO., et al, | § § | Jury Trial Requested |
| Defendants. | § § § | |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On this day, Plaintiff, Premier International Associates, LLC and Defendant, Yahoo, Inc., announced to the Court that they have entered into a stipulation to dismiss their respective claims for relief asserted in this case. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims for relief asserted by Premier International Associates, LLC against Yahoo, Inc., and by Yahoo, Inc. against Premier International Associates, LLC, herein are dismissed, without prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

SIGNED this 9th day of September, 2009.

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE